# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| **Monty Lee Hightower** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 8:25-cv-02312-AAQ |
| **Alertzpro LLC** | ) ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Joseph Sneddon, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ALERTZPRO LLC in Garrett County, MD on July 24, 2025 at 11:56 am at 5000 Thayer Center, c, Oakland, MD 21550 by leaving the following documents with Patty Grindlesberger who as Paralegal/Registered Agent at Maryland Registered Agents inc is authorized by appointment or by law to receive service of process for ALERTZPRO LLC.

PLAINTIFF'S CLASS ACTION COMPLAINT and SUMMONS

White Female, est. age 65+, glasses: Y, Blonde hair, 200 lbs to 220 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.4199333056,-79.4001235833
Photograph: See Exhibit 1

Total Cost: $195.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Civil Action No. 8:25-cv-02312-AAQ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AlertzPro LLC**
was received by me on *(date)* **7-23-25**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Patty Grindlesberger**, who is designated by law to accept service of process on behalf of *(name of organization)* **AlertzPro LLC, Maryland Registered Agents** on *(date)* **7-24-25**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: 

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **7-25-25**

*Server's signature*

**Joseph Sneddon - Process Server**
*Printed name and title*

**660 Main St**
**Addison PA 15411**
*Server's address*

Additional information regarding attempted service, etc:

Executed in  Addison PA  ,
on  7-25-25 .

Signature *[signed]*
Joseph Sneddon
+1 (814) 521-6500
660 main st, po box 163, Addison, PA 15411



Exhibit 1a)