IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Monty Lee Hightower          *

**Plaintiff,**

                                                     *          Case No. 8:25-cv-02312-AAQ

v.

AlertzPro LLC               *

**Defendant.**            *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  AlertzPro LLC

I certify that I am admitted to practice in this Court.

08/07/2025

Date

/s/

Signature

Joseph P. Bowser (MD Bar No. 16878)

Printed name and bar number

ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230

Address

jbowser@rothjackson.com

Email address

804-441-8701

Telephone number

804-441-8438

Fax number