IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

v.

**ALERTZPRO LLC**,

    Defendant.

Case No. 8:25-cv-02312-AAQ

## DEFENDANT'S DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant AlertzPro LLC ("AlertzPro"), through counsel, certifies that it is a Maryland single-member limited liability company wholly owned by Unified Marketing Partners, LLC, which is a limited liability company that is wholly owned by its sole member, Marketing Initiative Holdings, LLC, which is wholly owned by its sole member, Noam Samson. Noam Samson is a Florida resident who intends to live in Florida indefinitely. No publicly held corporation owns any interest in AlertzPro.

AlertzPro is not aware of any other non-parties that may have a financial interest in the outcome of this case.

Dated August 7, 2025

Respectfully submitted,

ALERTZPRO LLC

By Counsel

_____/s/_____
Joseph P. Bowser
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Phone: 804-441-8701

                                              Fax: 804-441-8438
                                              Email: jbowser@rothjackson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2025 a true and correct copy of the foregoing Disclosure was served via this Court's Electronic Case Filing (ECF) system upon:

John Thomas McGowan , Jr
Kinner & McGowan PLLC
413 E Capitol St SE
Washington, DC 20003
Phone: 901-351-6776
Email: jtmcgowan@gmail.com


Anthony I Paronich
Paronich Law PC
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Phone: 615-485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*


                                              _____/s/_____
                                              Joseph P. Bowser