IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>**ALERTZPRO LLC**,<br><br>    Defendant. | Case No. 8:25-cv-02312-AAQ |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant AlertzPro LLC ("AlertzPro"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 105.9 and through counsel, respectfully moves for an extension of time up to and including September 5, 2025, in which to move to dismiss, answer or otherwise respond to Plaintiff ("Plaintiff') Monty Lee Hightower's Class Action Complaint. Plaintiff does not oppose this Motion. The grounds for this Motion are set forth in the contemporaneously filed Memorandum in Support.

Dated August 7, 2025                                    Respectfully submitted,

                                                        ALERTZPRO LLC

                                                        By Counsel

                                                        _____/s/_____
                                                        Joseph P. Bowser
                                                        ROTH JACKSON
                                                        1519 Summit Ave., Suite 102
                                                        Richmond, VA 23230
                                                        Phone: 804-441-8701
                                                        Fax: 804-441-8438
                                                        Email: jbowser@rothjackson.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2025 a true and correct copy of the foregoing Unopposed Motion for Extension of Time was served via this Court's Electronic Case Filing (ECF) system upon:

John Thomas McGowan , Jr
Kinner & McGowan PLLC
413 E Capitol St SE
Washington, DC 20003
Phone: 901-351-6776
Email: jtmcgowan@gmail.com


Anthony I Paronich
Paronich Law PC
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Phone: 615-485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

                                                        _____/s/_____
                                                        Joseph P. Bowser