## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

**v.**

**ALERTZPRO LLC**,

    Defendant.

**Case No. 8:25-cv-02312-AAQ**

### MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant AlertzPro LLC ("AlertzPro"), by counsel, files this Memorandum in Support of its Unopposed Motion for Extension of Time.

1.    AlertzPro was served on July 24, 2025 (ECF No. 28), triggering its Answer deadline of August 14, 2025.

2.    To afford AlertzPro's counsel time to become acquainted with the matter and to explore the possibility of an early resolution, AlertzPro respectfully requests an extension to September 5, 2025, to respond to Plaintiff's Complaint.

3.    Plaintiff does not oppose AlertzPro's requested extension.

WHEREFORE, AlertzPro respectfully requests that the Court enter an order granting its Unopposed Motion for Extension of Time and extending its time to file its response to Plaintiff's Complaint to September 5, 2025.

Dated August 7, 2025

Respectfully submitted,

ALERTZPRO LLC

By Counsel

_____/s/_____
Joseph P. Bowser
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
Email: jbowser@rothjackson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2025 a true and correct copy of the foregoing Memorandum in Support of Defendant's Unopposed Motion for Extension of Time was served via this Court's Electronic Case Filing (ECF) system upon:

John Thomas McGowan , Jr
Kinner & McGowan PLLC
413 E Capitol St SE
Washington, DC 20003
Phone: 901-351-6776
Email: jtmcgowan@gmail.com


Anthony I Paronich
Paronich Law PC
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Phone: 615-485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

_____/s/_____
Joseph P. Bowser