# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>**ALERTZPRO LLC**,<br><br>    Defendant. | **Case No. 8:25-cv-02312-AAQ** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

ON THIS DAY the Court has considered Defendant AlertzPro LLC's Unopposed Motion for Extension of Time.

It is ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant shall file its response to Plaintiff's Class Action Complaint by September 5, 2025.

DATED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

1