IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,<br><br>     Plaintiff,<br><br>v.<br><br>**ALERTZPRO LLC**,<br><br>     Defendant. | Case No. 8:25-cv-02312-DKC |

## ALERTZPRO LLC'S MOTION TO STAY CASE AND COMPEL ARBITRATION

Defendant AlertzPro LLC ("AlertzPro"), through counsel, respectfully moves this Court to stay this case pursuant to 9 U.S.C. § 3 and order Plaintiff to submit to and participate in arbitration with AlertzPro pursuant to 9 U.S.C. § 4, in accordance with the terms set forth in the underlying arbitration agreement. The reasons and legal authority in support of this Motion are set forth in the accompanying Memorandum of Law.

Dated September 5, 2025

Respectfully submitted,

ALERTZPRO LLC

By Counsel

_____/s/_____
Joseph P. Bowser
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
Email: jbowser@rothjackson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2025 a true and correct copy of this Motion was served via this Court's Electronic Case Filing (ECF) system upon:

John Thomas McGowan , Jr
Kinner & McGowan PLLC
413 E Capitol St SE
Washington, DC 20003
Phone: 901-351-6776
Email: jtmcgowan@gmail.com


Anthony I Paronich
Paronich Law PC
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Phone: 615-485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

                                                                _____/s/_____
                                                                Joseph P. Bowser