IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>**ALERTZPRO LLC**,<br><br>    Defendant. | Case No. 8:25-cv-02312-DKC |

**[PROPOSED] ORDER GRANTING MOTION
TO STAY CASE AND COMPEL ARBITRATION**

UPON CONSIDERATION of Defendant AlertzPro LLC's ("AlertzPro") Motion to Stay Case and Compel Arbitration, the Memorandum in support thereof, any opposition thereto, and any oral argument heard, it is hereby:

ORDERED that AlertzPro's Motion to Stay Case and Compel Arbitration is GRANTED; and it is further

ORDERED that Plaintiff Monty Lee Hightower and AlertzPro shall submit to and participate in the arbitration procedures as set forth in The Class Action Guide's Terms and Conditions; and it is further

ORDERED that, pursuant to 9 U.S.C. § 3, the above-captioned action is hereby STAYED pending the parties' completion of such arbitration procedures; and it is further

ORDERED that the parties shall promptly notify this Court regarding any final award or judgment rendered in the arbitration proceeding.

IT IS SO ORDERED.

DATED this \_\_\_\_\_ day of _____, 2025.

                                                _____
                                                DEBORAH K. CHASANOW, U.S. DISTRICT JUDGE