IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Monty Lee Hightower, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AlertzPro, LLC<br><br>　　　　Defendant. | Case No. 25-cv-2312 |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY AND COMPEL ARBITRATION**

Plaintiff Monty Lee Hightower ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for a fourteen (14) day extension of time to respond to Defendant AlertzPro LLC's Motion to Stay and Compel Arbitration (ECF No. 15). In support, Plaintiff states as follows:

1.　Defendant filed its Motion to Stay and Compel Arbitration on September 5, 2025. Plaintiff's current deadline to respond is September 19, 2025.

2.　Plaintiff respectfully requests a brief fourteen (14) day extension of this deadline, through and including October 3, 2025, to allow additional time for review of the motion and preparation of Plaintiff's response.

3.　Pursuant to Local Rule 105.9 of the District of Maryland, counsel for Plaintiff has conferred with counsel for Defendant regarding this request. Defendant consents to the requested extension.

4.       This is Plaintiff's first request for an extension of this deadline. Granting this motion will not prejudice any party and will not unduly delay these proceedings.

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to file his response to Defendant's Motion to Stay and Compel Arbitration (ECF No. 15) by fourteen (14) days, up to and including October 3, 2025.


Dated: September 11, 2025                    PLAINTIFF,
                                             By his attorney