IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Monty Lee Hightower, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AlertzPro, LLC<br><br>　　　　Defendant. | Case No. 25-cv-2312 |

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO STAY AND COMPEL ARBITRATION**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Stay and Compel Arbitration, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall have up to and including **October 3, 2025**, to file his response to Defendant's Motion to Stay and Compel Arbitration (ECF No. 15).

SO ORDERED.

Dated: _____, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Court