**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Monty Lee Hightower, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>AlertzPro, LLC<br><br>            Defendant. | Case No. 8:25-cv-02312-DKC |

**DECLARATION OF MONTY LEE HIGHTOWER**

1. I, Monty Lee Hightower, declare under penalty of perjury as follows:

2. My name is Monty Lee Hightower. I am over eighteen years old and competent to testify to the matters set forth in this declaration.

3. I am the Plaintiff in this action.

4. To the best of my knowledge and after reviewing my browser history, I have never heard of, visited, or used the website "theclassactionguide.com."

5. I have never entered any of my personal information on theclassactionguide.com. Specifically:
    a. I have never entered my name on theclassactionguide.com.
    b. I have never provided my email address to theclassactionguide.com.
    c. I have never provided my telephone number to theclassactionguide.com.
    d. I have never entered my date of birth or any other personal information on theclassactionguide.com.

6. I have never agreed to any terms, conditions, or arbitration agreement on theclassactionguide.com or any website associated with Defendant AlertzPro.

7. After Defendant filed its motion to compel arbitration, I reviewed my internet browser history and confirmed that I never visited theclassactionguide.com.

8. I never gave consent to receive telemarketing text messages from Defendant AlertzPro or any of its alleged marketing partners.

9. Because I never visited theclassactionguide.com or submitted any information there, I did not and could not have agreed to arbitrate any claims against Defendant AlertzPro.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 30, 2025, at Mobile, Alabama.


_____
Monty Lee Hightower