## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Monty Lee Hightower, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AlertzPro, LLC <br><br> Defendant. | Case No. 25-cv-2312 |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Stay and Compel Arbitration (ECF No. 15), Plaintiff's Opposition thereto (ECF No. 20), and the entire record herein, it is **ORDERED** that Defendant's Motion to Stay and Compel Arbitration is **DENIED**.

SO ORDERED.

Dated: _____, 2025

<br>

_____
Deborah K. Chasanow
United States District Judge