IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br><br>v.<br><br>**ALERTZPRO LLC**,<br><br>   Defendant. | **Case No. 8:25-cv-02312-AAQ** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant AlertzPro LLC, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 105.9 and through counsel, respectfully moves for an extension of time up to and including October 24, 2025, in which to file its Reply to Plaintiff's Response in Opposition to Defendant's Motion to Stay and Compel Arbitration (ECF No. 20). Plaintiff does not oppose this Motion. The grounds for this Motion are set forth in the contemporaneously filed Memorandum in Support.

Dated October 2, 2025

Respectfully submitted,

ALERTZPRO LLC

By Counsel

_____/s/_____
Joseph P. Bowser
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
Email: jbowser@rothjackson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2025 a true and correct copy of the foregoing document was served via this Court's Electronic Case Filing (ECF) system upon:

John Thomas McGowan , Jr
Kinner & McGowan PLLC
413 E Capitol St SE
Washington, DC 20003
Phone: 901-351-6776
Email: jtmcgowan@gmail.com

Anthony I Paronich
Paronich Law PC
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Phone: 615-485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

_____/s/_____
Joseph P. Bowser