## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

**v.**

**ALERTZPRO LLC**,

    Defendant.

**Case No. 8:25-cv-02312-AAQ**

## MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME

Defendant AlertzPro LLC ("AlertzPro"), by counsel, files this Memorandum in Support of its Unopposed Motion for Extension of Time.

1.    AlertzPro was served with Plaintiff's Response in Opposition to Defendant's Motion to Stay and Compel Arbitration ("Opposition") (ECF No. 20) on September 30, 2025, triggering its Reply deadline of October 14, 2025. *See* Local Rule 105.2(a) ("Unless otherwise ordered by the Court, all memoranda in opposition to a motion shall be filed within fourteen (14) days of the service of the motion and any reply memoranda within fourteen (14) days after service of the opposition memoranda.").

2.    AlertzPro's undersigned counsel is currently in trial and requires additional time to review and respond to Plaintiff's Opposition after his trial is scheduled to end on October 7, 2025. Thus, AlertzPro respectfully requests an extension to October 24, 2025, to file its Reply to Plaintiff's Opposition.

3.    Plaintiff, through counsel, does not oppose AlertzPro's requested extension.

WHEREFORE, AlertzPro respectfully requests that the Court enter an order granting its Unopposed Motion for Extension of Time and extending its time to file its Reply to Plaintiff's Opposition to October 24, 2025.

Dated October 2, 2025

Respectfully submitted,

ALERTZPRO LLC

By Counsel

_____/s/_____
Joseph P. Bowser
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
Email: jbowser@rothjackson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2025 a true and correct copy of the foregoing document  was served via this Court's Electronic Case Filing (ECF) system upon:

John Thomas McGowan , Jr
Kinner & McGowan PLLC
413 E Capitol St SE
Washington, DC 20003
Phone: 901-351-6776
Email: jtmcgowan@gmail.com


Anthony I Paronich
Paronich Law PC
350 Lincoln St. Ste. 2400
Hingham, MA 02043
Phone: 615-485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

_____/s/_____
Joseph P. Bowser