# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

v.

**ALERTZPRO LLC**,

    Defendant.

Case No. 8:25-cv-02312-DKC

## DECLARATION OF HOLDEN COLLICK

Pursuant to 28 U.S.C. § 1746, I, Holden Collick, under penalty of perjury, declare as follows:

1. My name is Holden Collick. I am over 18 years old and make these statements based on my personal knowledge.

2. I am the Chief Optimization Officer at What If Media Group, LLC ("WIMG"), a company that, among other things, builds and hosts technology platforms and user-facing sites that deliver user-acquisition solutions for our clients, such as AlertzPro.

3. One of our sites is the Class Action Guide, theclassactionguide.com (the "Site").

4. The Site, including the webforms with which Plaintiff interacted whereby he agreed to the Site Terms and Conditions and to receive text messages from AlertzPro on April 21, 2025, is primarily developed and maintained by myself and other New York-based WIMG workers from a WIMG-leased office located at 27 West 24th Street, Suite 402, New York, New York 10010.

5. The WIMG team in our New York office also assists in processing user data and providing it to our clients including, in this case, the Plaintiff's data that was provided to AlertzPro on April 21, 2025, following Plaintiff's interactions with the Site.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of October, 2025, in New York, New York.

_____
Holden Collick

2