IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MONTY LEE HIGHTOWER,           :
individually and on behalf of
all others similarly situated   :

     v.                     : Civil Action No. DKC 25-2312

                            :

ALERTZPRO LLC

                            :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of April, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1.    The motion to stay case and compel arbitration filed by Defendant AlertzPro LLC (ECF No. 15) BE, and the same hereby IS, DENIED WITHOUT PREJUDICE;

2.    A limited discovery period shall COMMENCE on the date of this Order and conclude after 60 days. All discovery shall be limited solely to who signed up for The Class Action Guide using Plaintiff Monty Lee Hightower's personal information;

3.    The parties are directed to provide a status report at the close of this discovery period as to whether a renewed motion to compel arbitration will be filed or whether a trial on the issue is required; and

4.    The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                        _____/s/_____
                                        DEBORAH K. CHASANOW
                                        United States District Judge