## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

**v.**

**ALERTZPRO LLC**,

    Defendant.

**Case No. 8:25-cv-02312-DKC**

## NOTICE OF SETTLEMENT

Please take notice that the parties have reached an agreement in principle to resolve Plaintiff's individual claims against Defendant AlertzPro LLC.  The parties anticipate filing a stipulation of dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, in due course.


Dated: May 20, 2026

Respectfully Submitted,

ALERTZPRO LLC

By Counsel

 /s/ *Joseph P. Bowser*
Joseph P. Bowser
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
Email: jbowser@rothjackson.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of May 2026, the following document in the above-captioned matter was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joseph P. Bowser*
Joseph P. Bowser