**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MONTY LEE HIGHTOWER**, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>**v.**<br><br>**ALERTZPRO LLC**,<br><br>Defendant. | **Case No. 8:25-cv-02312-DKC** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Monty Lee Hightower hereby voluntarily dismisses this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, with each party to bear their own costs and fees.

Dated: June 22, 2026

Respectfully Submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com